|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-S-05-117 MCE |
| --- | --- |
| Plaintiff, | |
| v. | |
| FRANCISCO CASTRO-HERRERA, LEONARDO JAIME-RENDON, and PEDRO GUADARRAMA-LOPEZ, | |
| Defendants. | |
| _____/ | |
| UNITED STATES OF AMERICA, | No. CR-S-05-118 MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| LEONARDO JAIME-RENDON, | |
| Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | No. CR-S-05-119 MCE |
| Plaintiff, | |
| v. | |
| PEDRO GUADARRAMA-LOPEZ, | |
| Defendant. | |
| _____/ | |

1

Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected.  Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated CR-S-05-118, UNITED STATES OF AMERICA v. LEONARDO JAIME-RENDON and CR-S-05-119, UNITED STATES OF AMERICA v. PEDRO GUADARRAMA-LOPEZ are reassigned to Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in these reassigned cases only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as CR-S-05-118 MCE and CR-S-05-119 MCE.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: May 2, 2005.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE